Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WILLIAMS, DIAN ROBERTA | ) | Case No. 5-10-51463 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |
| | ) | |

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  02/15/2011                               /s/ John G. Leake
                                                JOHN G. LEAKE
                                                P O Box 526
                                                Harrisonburg, VA 22803
                                                (540) 434-7425

Date: 02/15/11                                                                                                                                      Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 5-10-51463 - WILLIAMS, DIAN ROBERTA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | 000001 | 1,964.30 | 3.53 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000002 | 1,023.30 | 1.84 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000003 | 804.96 | 1.45 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000005 | 1,923.20 | 3.45 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000006 | 913.19 | 1.64 |
| Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 000007 | 604.58 | 1.08 |
| ---------- Remittance Total --------------- | | 7,233.53 | 12.99 |

JOHN G. LEAKE, TRUSTEE

# PROPOSED DISTRIBUTION

Case Number: 5-10-51463   RK  
Debtor Name: WILLIAMS, DIAN ROBERTA  
Page 1  
Date: February 15, 2011

| Claim # | Payee Name | Class Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | $2,037.03 |
| | JOHN G. LEAKE COMPENSATION | Admin<br>Percent Paid: 100.0000 % | $509.26 | $0.00 | $509.26 | $509.26 | $1,527.77 |
| | JOHN G. LEAKE EXPENSES | Admin<br>Percent Paid: 100.0000 % | $39.71 | $0.00 | $39.71 | $39.71 | $1,488.06 |
| | DALE A DAVENPORT ESQ | Admin  001<br>Percent Paid: 100.0000 % | $333.00 | $0.00 | $333.00 | $333.00 | $1,155.06 |
| 000004 | IRS | Priority  040<br>Percent Paid: 100.0000 % | $1,142.07 | $0.00 | $1,142.07 | $1,142.07 | $12.99 |
| 000001 | TARGET NATIONAL BANK | Unsec  070<br>Percent Paid: 0.17971 % | $1,964.30 | $0.00 | $1,964.30 | $3.53 | $9.46 |
| 000002 | Chase Bank USA, N.A. | Unsec  070<br>Percent Paid: 0.17981 % | $1,023.30 | $0.00 | $1,023.30 | $1.84 | $7.62 |
| 000003 | Chase Bank USA, N.A. | Unsec  070<br>Percent Paid: 0.18013 % | $804.96 | $0.00 | $804.96 | $1.45 | $6.17 |
| 000005 | PYOD LLC its successors and assigns as assignee of | Unsec  070<br>Percent Paid: 0.17939 % | $1,923.20 | $0.00 | $1,923.20 | $3.45 | $2.72 |
| 000006 | Fia Card Services, NA/Bank of America | Unsec  070<br>Percent Paid: 0.17959 % | $913.19 | $0.00 | $913.19 | $1.64 | $1.08 |
| 000007 | Capital Recovery IV LLC | Unsec  070<br>Percent Paid: 0.17864 % | $604.58 | $0.00 | $604.58 | $1.08 | $0.00 |
| | << Totals >> | | $9,257.57 | $0.00 | $9,257.57 | $2,037.03 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

*[Signature]*   2/15/11

PROPDISA  
Printed: 02/15/11 10:57 AM   Ver: 16.01c